UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tramayne Colfred Williams,

    Plaintiff,

v.

Mark Fritel, Sherburne County Jail,

    Defendant.

Civil No. 14-1586 (JNE/TNL)
ORDER

This matter is before the Court on a Report and Recommendation issued by the Honorable Tony N. Leung, United States Magistrate Judge, on November 20, 2014. No objection to the Report and Recommendation has been made. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 11].

Therefore, IT IS ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2. Plaintiff Tramayne Colfred Williams's application to proceed *in forma pauperis* [Docket No. 2] is DENIED as moot.

3. Williams's motion for injunctive and pecuniary relief [Docket No. 3] is DENIED as moot.

4. Williams's motion to reconsider [Docket No. 8] is DENIED as moot.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 6, 2015

                                                                   s/Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge